# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rachel Tolbert,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Studio C Hair Salon LLC; Mario Rawson; Christie Rawson,<br><br>　　　　　　Defendants. | No. CV-13-01663-PHX-GMS<br><br>**ORDER** |
| Studio C Hair Salon, LLC,<br><br>　　　　　　Counterclaimant,<br><br>v.<br><br>Rachel Tolbert, et al.,<br><br>　　　　　　Counterdefendants. | |

This matter, having been brought to the Court by Joint Stipulation and Motion for Dismissal (Doc. 18) and good cause appearing,

**IT IS ORDERED** that the above-entitled action is hereby dismissed with prejudice.

Dated this 10th day of June, 2014.

*A. Murray Snow*
_____
G. Murray Snow
United States District Judge